IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BELL,<br>P. O. Box 134<br>South Beloit, Illinois 61080<br><br>    Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.<br>710 Medtronic Parkway<br>Minneapolis, Minnesota 55432<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY L.C.V.R. 7.1 OF THE LOCAL RULES
OF THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Medtronic, Inc., certify that to the best of my knowledge and belief, the following Defendant has outstanding securities in the hands of the public.

1) Defendant Medtronic, Inc.

Defendant has no parent companies, subsidiaries, or affiliates which have securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

MEDTRONIC, INC.

Robert P. Charrow (Bar #261958)
Maria Hallas (Bar #436529)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Tel. (202) 331-3100
Fax. (202) 331-3101
email: hallasm@gtlaw.com

WDC 371404875v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid on March 12, 2007, on:

William F. Boyer, Esq.
Stephen W. Grafman, Esq.
SHARP & ASSOCIATES
1215 19th Street, NW
Washington, D.C. 20036

and, separately

OF COUNSEL:
Lee J. Hollis
(application for admission *pro hace vice* to be submitted)
Hollis Law Firm
5100 W. 95th Street
Prairie Village, KS  66207
913-385-5400
leehollis@hollislawfirm.com

_____
Maria Hallas

2

WDC 371404875v1