**A CERTIFIED TRUE COPY**

APR 18 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 2 2007

FILED
CLERK'S OFFICE

## DOCKET NO. 1726

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION**

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-29)

A true printed copy in 2 sheet(s) of the electronic record filed on 4/26/7 in the United States District Court for the District of Minnesota.
CERTIFIED, 4-26, 2007
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1351 (J.P.M.L. 2005). Since that time, 179 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR 1 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

SCANNED
APR 23 2007
U.S. DISTRICT COURT MPLS

## SCHEDULE CTO-29 - TAG-ALONG ACTIONS
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **DISTRICT OF COLUMBIA** | | |
| DC  1  07-464 | Richard Bell v. Medtronic, Inc. | 07-2010 |
| **FLORIDA MIDDLE** | | |
| FLM  8  07-456 | Forrest Riddle v. Medtronic, Inc. | 07-2011 |
| FLM  8  07-457 | Rebecca Lacy v. Medtronic, Inc. | 07-2012 |
| **NEBRASKA** | | |
| NE  8  07-105 | Ira Anderson, et al. v. Medtronic, Inc. | 07-2013 |
| **OKLAHOMA NORTHERN** | | |
| OKN  4  07-143 | Lawrence Fell v. Medtronic, Inc. | 07-2014 |
| **TEXAS SOUTHERN** | | |
| ~~TXS  4  07-813~~ | ~~Ola Marie Malone v. Medtronic, Inc.~~ Opposed 4/17/07 | |
| **TEXAS WESTERN** | | |
| TXW  1  06-676 | William D. Ellard, Sr. v. Medtronic, Inc. | 07-2015 |