# United States District Court
## *District of Minnesota*

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

**RECEIVED**

MAY 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

April 26, 2007

Ms. Nancy Mayer-Whittington, Clerk
United States District Court
1834 E. Barrett Prettyman US Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

CA 07-464 CKK

In re:  MDL-1726 -- In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation
YOUR CASE NUMBER: DC 1 07-464   Richard Bell v Medtronic
DISTRICT OF MINNESOTA CASE NUMBER: 07-2016  JMR/AJB

Dear Clerk of Court:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on April 9, 2007. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Chief Judge James M. Rosenbaum and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Civil Docket Supervisor

Enclosure
cc: Chief Judge James M. Rosenbaum
    Judicial Panel on Multidistrict Litigation